JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOHM LICENSING LLC, | Case No. CV 21-895-GW-JEMx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| NIXEUS TECHNOLOGY, INC., | |
| Defendant. | |

    Based upon Plaintiff's Notice of Dismissal with Prejudice [23], it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: August 12, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE